IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KILEY WOLFE** | * | CIVIL ACTION NO.07-0348 |
| | * | |
| **VERSUS** | * | JUDGE:  JAN E. DUBOIS |
| | * | |
| **MCNEIL-PPC INC., ET AL** | * | |
| | * | |

**************************************

### AMENDED EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Kiley Wolfe, who hereby provides the following Amended Exhibit List that will be presented at trial, as follows:

1. An e-mail string between Anthony R. Temple, MD and Hiral Mankad (Patel); dated March 26, 2003, Bates stamped MOT00007451.1 and MOT00007451.2. This document was attached as and exhibit to Hiral Mankad (Patel)'s deposition in either the *__Gaines__* or *__Esquival__* vs. McNeil-PPC Inc., et al.

Anthony R. Temple, MD, is the individual designated by defendants as it corporate spokesman as the 30 (b)(6) deposition taken herein.

Hiral Mankad (Patel); is an employee of defendants listed as a witness herein.

 Respectfully submitted,
 /s/   Thomas N. Sweeney
 Joseph L. Messa, Jr., Esquire
 Thomas N. Sweeney, Esquire
 MESSA & ASSOCIATES, P.C.
 123 South 22nd Street
 Philadelphia, PA 19103
 Telephone: (215) 568-3500
 Facsimile: (215) 568-3501

 and

/s/ Darryl J. Tschirn
Darryl J. Tschirn, Esquire
LAW OFFICES OF DARRYL J. TSCHIRN
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Telephone: (858) 454-9927
Facsimile: (858) 454-0980

and

/s/ John M. Robin
John M. Robin
LAW OFFICES OF JOHN M. ROBIN
600 Covington Center
P.O. Box 1830
Covington, LA 70434–1830
Telephone: (985) 835-0370
Facsimile: (985) 893-2511

**CERTIFICATE OF SERVICE**

I hereby certify that on  24th  day of  MAY  I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

Kenneth A. Murphy
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103

Thomas W. Pulliam, Jr.
Mr. Ryan T. Almstead
Drinker Biddle & Reath
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235

I further certified that I mailed the foregoing document and the notice of electronic filing by first class mail to the non-CM/ECF participants.

/s/ John M. Robin
_____
JOHN M. ROBIN